Vincent M. Spohn, Esq. (CSB No. 092334)
LAW OFFICES OF VINCENT MARTIN SPOHN, APC
1005 Jefferson Street, P.O. Box 5748
Napa, California 94559-2418
Telephone: (707) 255-1885
Facsimile: (707) 255-0974

Attorney for Plaintiff, TONY PENNISI

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY PENNISI, an individual,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>LINCOLN GENERAL INSURANCE COMPANY, a corporation, and DOES 1 to 20,<br><br>　　　　　　　　　　　Defendants. | Case No.: C 12-02695 YGR<br><br>Napa County Superior Court<br>Action No. 26-58823<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Current Date: December 10, 2012<br>Requested Date: January 7, 2013<br>Time: 2:00 p.m.<br>Dept.: Courtroom 5, 2nd Flr. |

## STIPULATION

Plaintiff Tony Pennisi's counsel, Vincent M. Spohn, Esq., is committed to an all-day mediation at J.A.M.S. on December 10, 2012. The mediation involves the coordinating efforts of several parties and the date cannot be altered without causing prejudice and financial hardship to Mr. Spohn's client. Mr. Spohn therefore requests the Case Management Conference currently on the court's calendar for December 10, 2012 at 2:00 p.m. be continued to January 7, 2013 at 2:00 p.m. Defendant Lincoln General Insurance Company's counsel, Henry M. Su agrees to the continuance and is

available on January 7, 2013.

APPROVED:

Dated: December 4, 2012     VINCENT M. SPOHN, APC

By _____
Vincent M. Spohn, Esq.
Attorneys for Plaintiff
TONY PENNISI

Dated: December 4, 2012     YARON & ASSOCIATES

By _____
Henry M. Su, Esq.
Attorneys for Defendant
LINCOLN GENERAL INSURANCE
COMPANY

ORDER

IT IS SO ORDERED:

    The December 21 Show Cause Hearing is Vacated.

Dated: December 12, 2012     By _____
The Honorable Yvonne Gonzalez Rogers

---

*Pennisi v. Lincoln General - Case No. CV 12 2695*
Stipulation and Proposed Order