*E-FILED: April 12, 2013*

GEORGE D. YARON, ESQ. (State Bar #96246)
JAMES I SILVERSTEIN, ESQ. (State Bar #143543)
gyaron@yaronlaw.com; jsilverstein@yaronlaw.com
YARON & ASSOCIATES
601 California St, 21st Floor
San Francisco, California 94108
Telephone: (415) 658-2929
Facsimile: (415) 658-2930

Attorneys for Defendant
Lincoln General Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| TONY PENNISI, an individual,<br><br>       Plaintiff,<br><br>v.<br><br>LINCOLN GENERAL INSURANCE COMPANY, a corporation, and Does 1 through 10,<br><br>       Defendants. | CASE NO. C 12-02695 HRL<br><br>NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT LINCOLN GENERAL INSURANCE COMPANY; [PROPOSED] ORDER |

1     PLEASE TAKE NOTICE that Defendant LINCOLN GENERAL INSURANCE COMPANY has retained Charlston Revich & Wollitz LLP to substitute as counsel for Yaron & Associates in the above-captioned matter.

Withdrawing counsel for Defendant LINCOLN GENERAL INSURANCE COMPANY are:

> George D. Yaron
> Yaron & Associates
> 601 California St., 21st Floor
> San Francisco, CA 94108
> Phone: 415 658-2929
> Fax: 415 658-2930
> Email: gyaron@yaronlaw.com

> Henry Su
> Yaron & Associates
> 601 California St., 21st Floor
> San Francisco, CA 94108
> Phone: 415 658-2929
> Fax: 415 658-2930
> Email: hsu@yaronlaw.com

> James Silverstein
> Yaron & Associates
> 601 California St., 21st Floor
> San Francisco, CA 94108
> Phone: 415 658-2929
> Fax: 415 658-2930
> Email: jsilverstein@yaronlaw.com

> Lauren Case
> Yaron & Associates
> 601 California St., 21st Floor
> San Francisco, CA 94108
> Phone: 415 658-2929
> Fax: 415 658-2930
> Email: lcase@yaronlaw.com

All pleadings, orders and notices should henceforth be served upon the following substituted counsel for Defendant LINCOLN GENERAL INSURANCE COMPANY:

> Robert D. Hoffman (SBN 123458)
> Charlston, Revich & Wollitz LLP
> 1925 Century Park East, Suite 1250
> Los Angeles, California 90067
> Phone: (310) 551-7016
> Fax: (310) 203-9321
> Email: rhoffman@crwllp.com

The undersigned parties consent to the above withdrawal and substitution of counsel.

DATED: April __, 2013      LINCOLN GENERAL INSURANCE COMPANY

By:_____
JAMES G. O'BRIEN

DATED: April 11, 2013     YARON & ASSOCIATES

By: /s/ George D. Yaron
GEORGE D. YARON

DATED: April __, 2013     CHARLSTON, REVICH & WOLLITZ, LLP

By:_____
ROBERT HOFFMAN

The above withdrawal and substitution is approved. IT IS SO ORDERED.

DATED: April 12, 2013

_____
UNITED STATES MAGISTRATE JUDGE
HOWARD R. LLOYD

The undersigned parties consent to the above withdrawal and substitution of counsel.

DATED: April __, 2013        LINCOLN GENERAL INSURANCE COMPANY

By:_____
JAMES G. O'BRIEN

DATED: April __, 2013        YARON & ASSOCIATES

By:_____
GEORGE D. YARON

DATED: April 11, 2013        CHARLSTON, REVICH & WOLLITZ, LLP

By: /s/ Robert D. Hoffman
ROBERT HOFFMAN

The above withdrawal and substitution is approved. IT IS SO ORDERED.

DATED: April__, 2013         _____
UNITED STATES MAGISTRATE JUDGE
HOWARD R. LLOYD

The undersigned parties consent to the above withdrawal and substitution of counsel.

DATED: April 11, 2013        LINCOLN GENERAL INSURANCE COMPANY

                             By: /s/ James G. O'Brien
                             JAMES G. O'BRIEN

DATED: April __, 2013        YARON & ASSOCIATES

                             By:_____
                             GEORGE D. YARON

DATED: April __, 2013        CHARLSTON, REVICH & WOLLITZ, LLP

                             By:_____
                             ROBERT HOFFMAN

The above withdrawal and substitution is approved. IT IS SO ORDERED.

DATED: April __, 2013        _____
                             UNITED STATES MAGISTRATE JUDGE
                             HOWARD R. LLOYD