1  Robert D. Hoffman - State Bar No. 123458
   **CHARLSTON, REVICH & WOLLITZ LLP**
2  1925 Century Park East, Suite 1250
   Los Angeles, California 90067-2746
3  Tel: (310) 551-7016 • Fax: (310) 203-9321
   E-mail: rhoffman@crwllp.com
4
   Attorneys for Defendant,
5  Lincoln General Insurance Company

6

7

8              **UNITED STATES DISTRICT COURT**

9   **NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

10

11  TONY PENNISI, an individual,          Case No. C12-02695 HRL

12          Plaintiff,                    **STIPULATION FOR DISMISSAL
                                          OF ENTIRE ACTION WITH
13      v.                                PREJUDICE** ; ORDER

14  LINCOLN GENERAL INSURANCE
    COMPANY, a corporation, and DOES
15  1 to 20, inclusive,

16          Defendants.

17

18

19      **IT IS HEREBY STIPULATED AND AGREED** by and between plaintiff

20  Tony Pennisi and defendant Lincoln General Insurance Company, through their

21  designated counsel, that:

22      1.      The entire above-captioned action shall be, and hereby is, dismissed

23  with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with

24  each party to bear its own legal fees and costs.

25

26

27

28

{00083898.DOCX 1}                          1

1    2.    A proposed Order is submitted concurrently herewith.

2                                    Respectfully submitted,

3
DATED:  December 9, 2013            LAW OFFICES OF VINCENT M. SPOHN
4

5                                    By:___/s/ Vincent M. Spohn_____
                                          Vincent M. Spohn
6                                    Attorneys for Plaintiff Tony Pennisi

7

8
DATED:  December 12, 2013           CHARLSTON, REVICH & WOLLITZ LLP
9                                    ROBERT D. HOFFMAN

10

11
                                     By:___/s/ Robert D. Hoffman_____
12                                        Robert D. Hoffman
                                     Attorneys for Defendant,
13                                   Lincoln General Insurance Company

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| TONY PENNISI, an individual, | Case No. C12-02695 HRL |
| Plaintiff, | [PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |
| v. | |
| LINCOLN GENERAL INSURANCE COMPANY, a corporation, and DOES 1 to 20, inclusive, | |
| Defendants. | |

Based upon the stipulation of the parties for an order dismissing the entire captioned action with prejudice, with each party to bear his or its own legal fees and costs, and good cause appearing therefor,

**IT IS HEREBY ORDERED** as follows:

1.   The above captioned action is dismissed with prejudice in its entirety.

2.   Each party shall bear his or its own legal fees and costs.

**IT IS SO ORDERED**

DATED:  12/16/13

UNITED STATES DISTRICT JUDGE
MAGISTRATE
HOWARD R. LLOYD

{00083905.DOCX 1}

[PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE *Pennisi v. Lincoln General Ins. Co.*
Case No. C12-02695 HRL